*Friday, February 26, 1999*

## MOTION DOCKET

**97–1111.   State v. Stojetz.**
Madison C.P. No. 96CR10086.   Upon consideration of the motion filed by counsel for appellant to stay execution in the above-styled cause pending the exhaustion of state post-conviction remedies, and it appearing from the exhibits to the motion that a petition for post-conviction relief was filed by appellant with the Madison County Common Pleas Court,

IT IS ORDERED by the court that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED by the court that execution of sentence be, and the same is hereby, stayed pending the exhaustion of all proceedings for post-conviction relief before courts of this state, including any appeals.

IT IS FURTHER ORDERED that counsel for the appellant and for the appellee shall notify this court when all proceedings for post-conviction relief before court of this state have been exhausted.

## MISCELLANEOUS DISMISSALS

**98–1990.   Allstate Ins. Co. v. Cole.**
Summit App. No. 18733.   This cause is pending before the court as an appeal from the Court of Appeals for Summit County.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**99–33.   Walker v. Kakkaniyil.**
Fairfield App. No. 98CA00037.   This cause is pending before the court as a discretionary appeal and a claimed appeal of right.   Upon consideration of appellants' application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.